IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMOREPACIFIC CORPORATION AND INNISFREE CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>GUANGXI UTOPIA PACKAGING TECHNOLOGY CO., LTD., et al.,<br><br>   Defendants. | Case No. 24-cv-12417<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Jeffrey Cole** |

## STATUS REPORT

Pursuant to this Court's Order [39], Plaintiffs Amorepacific Corporation and Innisfree Corporation (together, "Plaintiff") submit the following status report.

Defendants were properly served on December 30, 2024. *See* [34]. On January 20, 2025, Defendant JUANHE Co. Ltd (Def. No. 54) ("JUANHE Co. Ltd") filed an Answer to the Complaint [41].

Plaintiff has filed a Motion for Default and Default Judgment against the remaining defendants in this case with the exception of JUANHE Co. Ltd. [43]. Pursuant to this Court's Order [42], Plaintiff has sent a proposed fact discovery schedule to counsel for JUANHE Co. Ltd and is awaiting counsel's response. Plaintiff does not request a settlement conference at this time.

Dated this 23rd day of January 2025.

Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs Amorepacific Corporation and Innisfree Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of January 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

      /s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs Amorepacific Corporation and Innisfree Corporation*