IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMOREPACIFIC CORPORATION AND INNISFREE CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GUANGXI UTOPIA PACKAGING TECHNOLOGY CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-12417<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Jeffrey Cole** |

**JOINT STATUS REPORT REGARDING FACT DISCOVERY SCHEDULE**

Pursuant to this Court's Order [42], Plaintiffs Amorepacific Corporation and Innisfree Corporation (collectively, "Plaintiff") and Defendant JUANHE Co.Ltd (Def. No. 54) ("Defendant") (collectively, the "Parties") submit the following status report.

The Parties propose the following schedule. The Parties do not anticipate expert discovery.[1]

| Event | Deadline |
|---|---|
| Completion of Fact Discovery | March 24, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | Not anticipated |
| Deposition of Plaintiff's Expert | Not anticipated |
| Disclosure of Defendant's Expert Report(s) | Not anticipated |
| Deposition of Defendant's Expert | Not anticipated |
| Dispositive Motions | April 23, 2025 |

---

[1] As discovery continues, this may be amended if necessary.

Dated this 27th day of January 2025.

Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Amorepacific Corporation and*
*Innisfree Corporation*


/s/__He Cheng_____
He Cheng,
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33308
www.palmerlawgroup.com
Tel: +1 (917) 525-1495

*Counsel for Defendant*
*JUANHE Co.Ltd*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of January 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a Notice of Electronic Filing to attorneys of record.

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Amorepacific Corporation and*
*Innisfree Corporation*