IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMOREPACIFIC CORPORATION AND INNISFREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GUANGXI UTOPIA PACKAGING TECHNOLOGY CO., LTD., ET AL.,<br><br>Defendants. | Case No. 24-cv- 12417<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Jeffrey Cole** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 31, 2025 [52], in favor of Plaintiffs Amorepacific Corporation and Innisfree Corporation (together, "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit AMOREPACIFIC Trademarks, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| linhu_6943 | 29 |
| neinei336 | 30 |
| zoujia-70 | 43 |
| AIYUQ.U Home Haven | 44 |
| Anriop | 45 |
| Mixicoe | 55 |
| SHURSUMER | 56 |
| Suimingjian Co., Ltd. | 57 |
| Uoyii Fashion | 59 |
| yanzihao | 64 |
| ZHIYUCOME | 67 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 6th day of February 2025.     Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs Amorepacific Corporation and Innisfree Corporation*