IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMOREPACIFIC CORPORATION AND INNISFREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GUANGXI UTOPIA PACKAGING TECHNOLOGY CO., LTD., ET AL.,<br><br>Defendants. | Case No. 24-cv-12417<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Jeffrey Cole** |

## JOINT STATEMENT

Pursuant to this Court's Order [50], Plaintiffs Amorepacific Corporation and Innisfree Corporation (together, "Plaintiff") and Defendant JUANHE Co.Ltd (Def No. 54) ("Defendant") (collectively, the "Parties") submits the following dispositive motion briefing schedule:

The deadline for the Parties to file a dispositive motion is May 8, 2025.

Dated this 21st day of March 2025.  Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Amorepacific Corporation and*
*Innisfree Corporation*

/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495

*Attorney for Defendant JUANHE Co.Ltd*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notice to the attorneys of record.

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Amorepacific Corporation and*
*Innisfree Corporation*