**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AMOREPACIFIC CORPORATION AND
INNISFREE CORPORATION,

        Plaintiffs,

v.

GUANGXI UTOPIA PACKAGING
TECHNOLOGY CO., LTD., ET AL.,

        Defendants.

Case No. 24-cv-12417

**Judge Lindsay C. Jenkins**

**Magistrate Judge Jeffrey Cole**

**PLAINTIFF AMOREPACIFIC CORPORATION'S MOTION FOR**
**SUMMARY JUDGMENT AND AN AWARD OF STATUTORY DAMAGES**

Plaintiff Amorepacific Corporation ("Plaintiff") moves this Honorable Court to enter summary judgment in favor of Plaintiff and against JUANHE Co.Ltd (identified as Def. No. 54 on Schedule A to Complaint [1]) ("Defendant"). Further, Plaintiff requests an award of statutory damages in the amount of $150,000 and an award of attorney's fees. In support of this Motion, Plaintiff submits the accompanying Memorandum.

Dated this 21st day of April 2025.      Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Amorepacific Corporation and*
*Innisfree Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of April 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Guadio
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Amorepacific Corporation and*
*Innisfree Corporation*

3